IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE M. RAMIREZ, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-1627 |
| GREEN TREE SERVICING, LLC, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 10), this action is dismissed with prejudice.

SIGNED on April 10, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge